**Opinion issued September 29, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00463-CV

_____

**NURIA MANDJE, Appellant**

**V.**

**CCI SERVICES, CORP., Appellee**

On Appeal from the 11th District Court
Harris County, Texas
Trial Court Case No. 2014-59752

## MEMORANDUM OPINION

Appellant, Nuria Mandje, has filed an unopposed motion to dismiss this appeal, stating appellant no longer desires to prosecute this appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. More than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.